No. 77–1276. OXBERGER v. WINEGARD. Sup. Ct. Iowa. Certiorari denied.

No. 77–1278. CLARK COUNTY, NEVADA v. ALPER ET AL. Sup. Ct. Nev. Certiorari denied.

No. 77–1299. FOUR WINDS, INC. v. INDIANA AERONAUTICS COMMISSION. Sup. Ct. Ind. Certiorari denied.

No. 77–1300. EISENBERG v. ED MARGIS PLUMBING & HEATING CO., INC. Sup. Ct. Wis. Certiorari denied.

No. 77–1311. SHELL OIL CO. ET AL. v. FRED WEBER, INC. C. A. 8th Cir. Certiorari denied.

No. 77–1313. BAILEY v. STREET. C. A. 6th Cir. Certiorari denied.

No. 77–1314. HARRY GOODKIN & CO. v. ABRAHAMSON ET UX. C. A. 2d Cir. Certiorari denied.

No. 77–1315. LAWRENCE ET AL. v. KLEIN ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–1316. CADY v. GOULD ET AL. Ct. App. Mo., Kansas City Dist. Certiorari denied.

No. 77–1317. KENT v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 77–1319. SMITH ET AL. v. INDIANA. Ct. App. Ind. Certiorari denied.